UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CARRICK SIMS, | Case No. 3:17-cv-06001-TSH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION AND ALL PARTIES** |
| vs. | |
| SPRINT/UNITED MANAGEMENT COMPANY, | Judge: Hon. Thomas S. Hixson<br>Courtroom: D - 15th Floor |
| Defendant. | Complaint filed: October 19, 2017<br>Trial Date: N/A |

Having considered the Joint Stipulation for Dismissal with Prejudice of Entire Action and All Parties and good cause appearing therefor, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: October 12, 2018

_____
Honorable Thomas S. Hixson
United States District Court

[PROPOSED] ORDER DISMISSING WITH PREJUDICE ENTIRE ACTION AND ALL PARTIES     1